Gregg L. Barnes T-94664
NAME

Centinela State Prison
PRISON NUMBER

P.O. Box 901 A4-137L
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Imperial, Calif. 92251
CITY, STATE, ZIP CODE

FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 CV 778 J (BLM)

Gregg L. Barnes,
(FULL NAME OF PETITIONER)

PETITIONER

v.

_______________,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

V. Almager, warden,
The Attorney General of the State of California, Additional Respondent.

Civil No 07-CV-1757-J (NLS)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

## FIRST AMENDED
## PETITION FOR WRIT OF HABEAS CORPUS

03/01/08

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: Joshua Tree Superior court, San Bernardino County, California
2. Date of judgment of conviction: March 6, 2003
3. Trial court case number of the judgment of conviction being challenged: FMB005593
4. Length of sentence: 10 years at 80%

5. Sentence start date and projected release date: 11/31/02 **Today** (MEPD 10/16/10)

6. Offense(s) for which you were convicted or pleaded guilty (all counts): Manufacture of Methamphetamine; Possession of ephedrine with the Specific Intent to Manufacture it into Methamphetamine; Three Strikes (1990 Strike, from out of state plea)

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☒
   (b) Judge only ☒ &

9. Did you testify at the trial?
   ☒ Yes ☐ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
   ☒ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
   (a) Result: Found one of the out-of-state Strikes, Lack of Proof
   (b) Date of result (if known): June, 2005
   (c) Case number and citation (if known): E033657; then a Second E036417
   (d) Names of Judges participating in case (if known)
   (e) Grounds raised on direct appeal: State appointed Lawyer, raised only one issue that one of the Tennessee 1990 Plea Contracts priors were I spent 60 days in the County jail, did not prove a Strike, resentenced from 25 years to 10 years at 80%

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
   (a) Result: Denial
   (b) Date of result (if known):
   (c) Case number and citation (if known):
   (d) Grounds raised:

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

(a) Result: ______

(b) Date of result (if known): ______

(c) Case number and citation (if known): ______

(d) Grounds raised: ______

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☑ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

(a) **California Superior Court** Case Number (if known): ______

(b) Nature of proceeding: ______

(c) Grounds raised: ______

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☑ No

(e) Result: ______

(f) Date of result (if known): ______

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☑ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number (if known):

(b) Nature of proceeding:

(c) Names of Judges participating in case (if known)

(d) Grounds raised:

(e) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☑ No

(f) Result:

(g) Date of result (if known):

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☑ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information: (S156820 see Attachment 'A')

(a) **California Supreme Court** Case Number (if known): Case is now pending 08/17/07

(b) Nature of proceeding: Common Law Writ of Habeas Corpus

(c) Grounds raised: The same as herein, please see Attachment 'A' Common Law Writ of Habeas Corpus, with Declaration of Citizenship & Motion for Proper Jurisdiction. It is my wish to raise the same Constitutional Grounds in this Common Law Writ of Habeas Corpus ad Subjiciendum.

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☐ No

(e) Result: Pending

(f) Date of result (if known): Pending

**20.** If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

______________________________

______________________________

______________________________

______________________________

## COLLATERAL REVIEW IN FEDERAL COURT

**21.** Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☐ Yes ☒ No (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed? Writ of Habeas Corpus

(i) What was the prior case number? EDCV 07-0221-AG (RC)

(ii) Was the prior action (CHECK ONE):

☐ Denied on the merits?

☒ Dismissed for procedural reasons? Without Prejudice to refile

(iii) Date of decision: 2007

(b) Were any of the issues in this current petition also raised in the prior federal petition?

☒ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

☐ Yes ☒ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

**(a) GROUND ONE**: Restraint of My Liberty, contrary to the Constitution, the Common law of these united States of America, **in want of Jurisdiction, in want of an Injuried American** to file a formal legal complaint, an indictment found true by the American Sovereignty, Grand Jury,

**Supporting FACTS**: **I declare;** that I was arrested at a private home, in the tard of the private house on 10/31/02, **in want** of legal warrant or probable cause, searched, molested, & caged. **In want** of explanation, but (6) days later the State prosecutor but our employee filed **his own Bills** of information (attainder) charging, that I had personally manufactured a usable quantity of methamphetamine, & possessed a usable quantity of ephedrine with the Specific Intent to manufacture it into methamphetamine, that I had personally committed the crime of Recidivism the 1994 California Three Strikes law, **all three charges are Victimless so called crimes.** But **in want** of an Injured American Citizen to personally file a formal varified legal complaint, a Legal Indictment or Presentment, there is **no Legal Authority or Jurisdiction,** by the Common Law. The State prosecutor but Our employee, **must ask** the American Sovereignty for the Specific & only **permission, the authority** of the Sovereignty to put me to a Jury Trial, in the Form of (12) members of the Sovereignty, a Grand Jury to find the Indictment true beyond all reasonable doubts, before handing over the Specific Authority, for Specific criminal injuries. There is **no victim** in this case, the only signature on any Complaint is Our employee the prosecutor, & there is **no Indictment** or Authority of the American Sovereignty. **By the Common Law; N.C.D. 5, Declaration of Rights of 1774; English Bill of Rights of 1689; 4th, 5th, 6th, 7th, 8th & 9th Amendments of the American Constitution; Declaration of Indenpendence; Article III, U.S.C.A..**

**Did you raise GROUND ONE in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Habeas Corpus

(2) Case number or citation: **Pending** filed 08/17/07 **S156820**

(3) Result (attach a copy of the court's opinion or order if available): **Pending**

**(b) GROUND TWO:** My trial attorney was Contractually & Constitutionally Imcompetent, for not filing the promissed Motions, after all I had everything to gain & nothing to lose. See the enclosed Common Law Writ of Habeas Corpus, I have Fundamental Common Law Rights to Privacy,

**Supporting FACTS:** I have a Fundamental Common-Law Rights to Privacy, & for acts which are of criminal injury I cannot be Molested or Arrested without Legal Warrant founded on Proof of Probable Cause. Shall not be Kidnapped & Shut Up on mere speculations, nor Searched.

**The unrefuted facts are;** I was standing on private property, when deputy Smith walked on to the private property; **in want** of Probable Cause or Legal Warrant. 2) Deputy Smith Searched Me, Arrested Me & walked me out to the public street, then locked Me into the cage of his car, **in want** of Probable Cause or Legal Warrant, then. 3) Deputy Smith after more than an Hour he went back on to the Private Property to continue the Searching, **again in want** of Probable Cause or Legal Warrant, then. 4) Deputy Smith Kidnapped Me & took Me to & locked Me away in a State cage, Shut Up, **in want** of Probable Cause or Legal Warrant.

Any so called evidence was in fact the Fruit(s) of the Poisonous Tree, Doctrine.

I hired private counsel for the Specific Acts to investigate & file the promised Motions, to Surpress the so called evidence, that was taken illegally, **in want** of Probable Cause or Legal Warrant(s), Mr. Gebbie, did not but collect his moneies. I'am still waiting on the Proffessional investigatations, strategies & defenses, I in fact contracted for.

**Did you raise GROUND TWO in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Habeas Corpus

(2) Case number or citation: Pending S156820

(3) Result (attach a copy of the court's opinion or order if available): ______

(c) **GROUND THREE**: I have Fundamental Rights to Confront the Real Physical Evidence & Witnesses against Me, to Prepare a Defense on My behalf, to a Fair Trial conducted with a Sense of Fair Play, & I'am entitled to the Benifit of any Doubts, please see the attached Writ of Habea

**Supporting FACTS:** The unrefuted facts are; the State destroyed all of the so called evidence. There is no Real Physical Evidence, only Hearsay & Fabrications, the State Destroyed all, including any & all Defense Evidence. The State presented only Staged & Fabricated Photo's presented over & over as different items of proof, by different State employees, over a period of days, along with Fabricated & selective incomplete Lab tests & results.

There is no Complete or Honest investigations of anything, but Dramic Fabribations: The State has presented absolutely no evidence (Honest Proof, Honest Evidence) & not one witness: 1) That I personally manufactured any methamphetamine (or a usable quanity) at any time, or, 2) That I personally intended to manufacture some methamphetamine at any time, or 3) That I personally told anyone that I intended to manufacture some methamphetamine of any kind, or 4) That had seen Me with any actual methamphetamine of any kind, or any lab equipment, or chemicals, or that I in fact intended to obtain any of the same, or 5) Not one witnesses testied, that they had ever seen me with any meth, that I had sold them any meth, or that I was going to sell them any meth, or even that I was going to manufacture them some methamphetamine of any kind, no one ever.

The prosecutor's only witness Corey Jordan, not a State employee, testied that I was a clean articulate working man, not a drug user, & he had no reason to believe that I was involved with drugs in any way.

The State conducted absolutely no investigations of Me; there are No recordings, No sells, No buys, No eye witnesses, Nothing, but fabrications, & Me a visitor standing in the Private Drive Getting Ready To Go Home in Las Vegas. Every test is absolutely negitive for methamphetamine in this case, in any form.

The Common Law & the Doctrine of Fundamental Fairness, call for my release, Thank You!

Did you raise GROUND THREE in the California Supreme Court?

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Habeas Corpus

(2) Case number or citation: Pending filed on 08/17/07 S156820

(3) Result (attach a copy of the court's opinion or order if available): ____________

Please see the Attached Common Law Writ of Habeas Corpus Pages.

(d) **GROUND FOUR**: I have Fundamental Rights to a Fair Trial, in a Regular Court, of Competent Jurisdiction, by Jury of My Equals & Nieghbors, to Examine nothing but the Real Honest Truthof each element & fact of the criminal injury, Beyond all Reasonable Doubts. See Writ pages

**Supporting FACTS**: **These are unrefuted Facts;** the state, the prosecutor has Fundamental Obligations to Seek nothing but the Real Honest Truth & Justice. The state, the prosecutor completely manipulated the Evidence, Trial & Jury from start to finish, thereby eliminating the **True & Sacred Authority** of Our Common Law Trial by **Jury** of My Equals & Neighbours to **Honestly Evaluate;** the **Relevant witnesses,** the **Relevant & Honest physical evidence,** & the **Relevant Law,** to be **both Judges of the Facts & Law,** before handing over the Specific Authority to Punish.

1) The prosecutor, but Our employee, **filed his own Three Bills of Attainder,** all **without even one injured American** Citizen has filed or signed a Formal Varified Legal Complaint, in the form of indictment of presentment of the Grand Jury. **1a)** That I personally manufactured a usable quanity of methamphetamine, & **1b)** That I personally possessed a usable quanity of ephedrine with the Specific Intent to manufacture it into methamphetamine, & **1c)** The prosecutor later filed more of **his own Bills of Attainder,** that I had twice committed the Serious 1994 California Three Strike Law, that somehow two 1990 Tennessee priors from a Plea Contract for **90 days in** the **County jail,** somehow could be two Serious Prison Term Felony Strikes in California, 25 years to **the rest of my life, Bills of Attainder, Charged by the State, Tried & Sentenced all by Judge.**

2) The trial (in want of Authority) started with a **over-whelming presence of security,** that refused to even let Me turn & look at the Jury Pool, diring Selections.

3) The state, the prosecutor **eliminated everyone ever arrested, all** of the Mexicans, **all** of the Blacks, most of the Working-Men, **leaving only** Women & State employees or reletives.

4) The state, the prosecutor **announced to the Jury before the first witness was call,** that I had **convicted of two Serious Prison Term Felonies** in the Tennessee Republic. The prosecutor **used these False Facts over & over clearly to show propensity to commit.** Please Attached Writ of

**Did you raise GROUND FOUR in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Writ of Habeas Corpus

(2) Case number or citation: **Pending** filed 08/17/07 S156820

(3) Result (attach a copy of the court's opinion or order if available): ______

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☒ Yes ☐ No

**24.** If your answer to #23 is "Yes," give the following information:

(a) Name of Court: Supreme Court of the California Republic

(b) Case Number: S156820

(c) Date action filed: 08/17/07

(d) Nature of proceeding: Writ of Habeas Corpus, Attached herein.

(e) Name(s) of judges (if known):

(f) Grounds raised: The same exact Constitutional Grounds as herein, see the Attached Writ of Habeas Corpus.

(g) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: William Gebbie 4480 main st., suite B, Riverside, Calif. 92501, he was at the time of trial in San Bernardino City, 145 miles each way to &

(b) At arraignment and plea: Same

(c) At trial: Same

(d) At sentencing: Same

(e) On appeal: Martha McGill 191 Calle Magdalena, Suite 270, Encinitas, Calif. 92024

(f) In any post-conviction proceeding:

(g) On appeal from any adverse ruling in a post-conviction proceeding: Richard Crowder Yucca Valley, Calif

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

☐ Yes ☐ No There was no Indictment(s) or Presentment(s)
There is no Jurisdict or Authority

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☐ Yes ☒ No

(a) If so, give name and location of court that imposed sentence to be served in the future:

______________________________

(b) Give date and length of the future sentence: ______________________________

______________________________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐ Yes ☐ No

**28.** Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: 03/01/03

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

SIGNATURE OF ATTORNEY (IF ANY)

**Without Prejudice U.C.C. 1-207 & U.C.C. 1-103, 1-105**

**My word is my bond, I swear this to be True & Correct, by the Alpha & the Omega, by the Holy Scriptures.**

03/01/08

(DATE)

Greg J Barnes

SIGNATURE OF PETITIONER

**Have A Nice day!**

# DECLARATION OF CITIZENSHIP

To whom it may concern, Case No. 07-CV-1757-J (NLS)

I, Gregg L. Barnes, am a member of the sovereignty as defined in **YICK WO VS. HOPKINS, 118 U.S., 356 AND, THE DRED SCOTT CASE, 60 U.S. 393.**

Please be advised that I am a non resident alien, (AMERICAN), of the United States, never having lived, worked nor having received income from any source within the district of Columbia, Puerto Rico, Virgin Islands, Guam, American Somoa, or any other territory within the United States, which entity has its origin and jurisdiction from Article I, Section 8, Clause 17 of the U.S Constitution. I am, therefore, not subject to the jurisdiction of the United States, nor of the defacto corporation known as the state of California which is a fictitious name for business purposes.

Under the Constitution of the United States, I have certain unalienable rights. Citizens of the 50 states are under judicial precedent law, created by Article III justice courts of law.

The Constitution of the United States of America is the supreme law of the land. **"LAW OF THE LAND MEANS COMMON LAW." See TAYLOR VS. PORTER, 4 HILL. 140, 146, STATE VS. SIMON 2 SPEARS, 761, 767. Also, see § 22.2 CALIFORNIA GOVERNMENT CODE.**

To the best of my knowledge the foregoing is true and correct.

U.C.C. 1-207 & UCC 1-103 Without Prejudice U.C.C. 1-105

Signature: Gregg L. Barnes Dated this day -- 07/06/06

Printed Name: Gregg L. Barnes,

**Gregg L. Barnes**, Case No. **07-CV-1757-J (NLS)**

In this matter, I exercise my rights under the Constitution of the united States of America, at Amendment VII to have this matter ajudicated under common law exclusively, & for the court to operate under the authority of Article III of the Constitution of the united States of America.

I am cognizant of the fact that Article I courts operate under a form of admiralty law, & that presumptions, including lies that go unrebutted can stand as fact of law, & that statutes, regulations, etc., can be ambiguous & interpreted whimsically in such courts. I know common law is based on reason, justice, & truth, & unlike Article I administrative courts, Article III courts must base their rulings in such a manner that they do not conflict with common law & constitutional laws.

I support this motion under Amendment VII of the Constitution of the united States of America. Also in clear support as found in the state of California's constitution at Article III, sec. 1, it states that the Constitution of the united States is the supreme law of the land. Additionally, in California's Government codes at § 22.2 states clearly, "The common law of England, so far as it is not repugnant to, or inconsistent with the Constitution of the united States, or the constitution of this state, is the rule of decision in all courts of this state.".

In legal theory it is a well known fact that most lay persons, the general citizenry have the misconception that any statute passed by legislators bearing the form & appearance of law constitute the law of the land. The U.S. Constitution is the supreme law of the land, & any statute, to be valid, must be in agreement. It is impossible for a law which violates the Constitution or alters it in ambiguous interpretatiions to be valid. The following supreme court rulings succinctly support this. "All laws which are repugnant to the constitution are null and void".- Marbury vs. Madison, 5, U.S. (2 Cranch) 137, 174, 176, (1803) This was & still is a monumental ruling. Additionally, "Where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them."- Miranda vs. Arizona, 384 U.S. 436 p. 491. Furthermore........ "An unconstitutional act is not law, it confers no right, it imposes no duties, affords no protection, it creates no office, it is in legal contemplation, as inoperative as though it never had been passed." - Norton vs. Shelby County 118 U.S. 425 p. 442.

Further, as found at 16 AM. Jur. 2d. sec. 177 late 2d. sec. 256 the high court in its ruling stated, "The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose, since unconstitutionality dates from the time of its enactment and not merely from the date of decision branding it.

No one is bound to obey an unconstitutional law and no courts are bound to enforce it." Also in that same ruling the court ruled as also noted in 16 Am. Jur. 2d. 177, late Am. Jur. 2d. § 256, "In so far as a statute runs counter to the fundamental law of the land, it is superceded thereby."

In Yakus vs. U.S. 321 U.S. 414 pg. 468 (1944), the court ruled, "But whenever the judicial power is called into play, it is responsible directly to the fundamental law and no other authority can intervene to force or authorize the judicial body to disregard it."

In Taylor vs. Porter 4 Hill 140, 146 State vs. Simon & Spears, 761, 767, it states, "Law of the land means common law." In concurrance with that, another similar ruling in Caldwell vs. Hill 176 S.E. 383 (1934) is found; "The United States adopted the common law of England with the constitution."

One of the tenants of common law, which our constitution is, all contracts & agreements one enters into must be done so knowingly, voluntarily, & intentionally.

In this matter I wish the court to abide by, & inform the Respondants/Defendants of the following fact that terminology used in this matter must be words that are found only in the Standard & Websters dictionaries, not to use words & terminology meant to confuse lay persons where for example a commonly known word in "legalese",(attorney syntax),can mean something entirely different, for the sake of an example, the word "cup" in legal dictionaries, could mean "fence post". I am supported on this at 16A Am. Jur. 2d. constitutional law, § 818, which demands definiteness of vagueness of laws, regulations and orders, states, "It is a general principle of statutory law that a statute must be definite to be valid." This also has the effect that renders any statute, law, regulation, code, or governmental policy moot & invalid if there is any ambiguity, such as subsections in such law, regulation, etc. , that in any way are contradictory, can have 2 or more meanings, or in any way contradicts the constitution.

Lastly, under the doctrine of law which requires states to recognize the laws of sister states within the union of the united States, & due to the fact where I am confined at this time, in a prison with a very limited stock of legal materials, I hereby, as first party in this matter as initiator & Plaintiff in this matter, I request of the court to take judicial notice of law, under Montanna Code Annotated(M.C.A.). There should be a similar section in California & in most other states, however, it is not to be found in this prisons poorly stocked law library. Therefore I invoke my right under M.C.A. rule 202 (a): "This rule governs judicial notice of law." The first kind of law under M.C.A. rule 202, is noted (1) "The common law, constitutions and statutes of the United States and of this and every other state, territory, & jurisdiction of the United States." In M.C.A. rule 202 it directs that as found in § (d) "when mandatory, a court shall take judicial notice, (1) of the common law, constitutions, and statutes of the United States and of this state and every other state, territory, and juridiction of the United States." This rule provides the right to be heard as to the propriety of taking judicial notice.

In summation, I have the absolute guaranteed right to have this matter adjudicated at every stage of the proceedings under common law, which is an unalienable right under Amendment VII of the Constitution of the united States of America.

To the best of my knowledge, the foregoing is true & correct.

Without Prejudice UCC 1-207, 1-103 & 1-105

Plaintiff / Petitioner Legal Assistant

03/01/08 Date Date

# Supreme Court of California



## Docket Listing

**Case Number:** S156820
**Current Status:** case initiated
**Case Title:** BARNES (GREGG L.) ON H.C.
**Start Date:** 10/02/2007
**Case Category:** Original Proceeding - Habeas

## Court of Appeals Case Information

## Lower Court Case Information

## Party Information

GREGG L. BARNES
Petitioner
P.O. Box 92251
Imperiall, CA 92251

**Attorneys**

[None]

## Docket Events

| Date | Event |
|---|---|
| 08/27/2007 | Petition for writ of habeas corpus filed<br>by Gregg L. Barnes, petitioner in Pro Per. |
| 11/28/2007 | Received:<br>from pro per petnr. document entitled Formal Request to file first amended Motion |
| 12/07/2007 | Received:<br>from pro per petnr. document entitled Notice of Lodgment and Confirm. of Filing. |
| 01/07/2008 | Received:<br>from pro per petnr. document entitled Notice of Motion to Amend Petition. |

Case pending

Attachment 'A'

# VERIFICATION

STATE OF CALIFORNIA )On this day, LISTED COURT PLEADINGS WERE GIVEN TO
)
COUNTY OF IMPERIAL )PRISON OFFICIAL FOR FILING/MAILING

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. sec 1746)

I, Gregg L. barnes declare XXXXXXXXXXXXXXXXXXXXXXXXXXX that: I am the Petitioner in the above-entitled action; I have read the foregoing documents and know the contents thereof; and the same is true of my own knowledge except as to matters stated therein upon information and belief, and as to those matters, I believe they are true.

Executed this 1st day of March, 20 08, at Centinela State Prison, P.O. Box 901, Imperial, Ca. 92251.

Without Prejudice U.C.C. 1-207 & 1-103

[Signature] Gregg L Barnes
DECLARANT/PRISONER

***************************************

# PROOF OF SERVICE BY MAIL

(C.C.P. sec. 1013(a) & 2015.5; 28 U.S.C. sec 1746.)

I Tim Fetty, am a resident of Centinela State Prison, in the County of Imperial, State of California; I am over the age of eighteen (18) years and am not a party of the above-entitled action. My state prison address is: P.O. Box 901 A4-137u, Imperial, Ca. 92251.

On 1st day of March, 20 08, I served the foregoing:

First Amended Federal Writ of Habeas Corpus, Declaration of Citizenship, Motion for the Proper Jurisdiction, California Writ of Habeas Corpus Package to the Supreme Court.
(Set forth the exact title of document(s) served.)

on the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States Mail, in a deposit box so provided at Centinela State Prison, P.O. Box 901, Imperial, Ca. 92251, addressed as follows:

California Attorney General
110 West 'A' Street, Suite 1100
San Diego, Calif. 92101

There is delivery service by United states Mail at the so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed. I declare XXXXXX XXXXXXXXXXXXXXXXX that the foregoing is true and correct.

DATED: 03/01/08, 20 ______

Tim Fetty
DECLARANT/PRISONER