# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101−8900
Phone: (619) 557−5600
Fax: (619) 702−9900

W. Samuel Hamrick, Jr.,
Clerk of Court

May 30, 2008

Clerk, U.S. District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012−4701

Re: Gregg L Barnes v. V. Almager, Case No. 3:08−cv−00778−J−BLM

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ A. Everill, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: