cacd_ecfmail@cacd.uscourts.gov
06/05/2008 04:20 PM

To InterdistrictTransfer_CASD@casd.uscourts.gov
cc
bcc
Subject Transferred case has been opened

CASE: 3:08-cv-00778

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
as case 5:08-cv-00751, filed 06/05/2008.